# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF VICKI GRECO, BAR NO. 8476.

No. 70067

**FILED**

APR 2 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## ORDER IMPOSING TEMPORARY SUSPENSION

This is a petition by the State Bar, through the Southern Nevada Disciplinary Board,[1] for an order temporarily suspending attorney Vicki Greco from the practice of law, pending the resolution of formal disciplinary proceedings against her. The petition and supporting documentation demonstrate that Greco appears to have misrepresented facts and submitted false evidence in judicial proceedings and failed to properly safe-keep client funds.

SCR 102(4)(b) provides, in pertinent part:

> On the petition of bar counsel, supported by an affidavit alleging facts personally known to the affiant, which shows that an attorney appears to be posing a substantial threat of serious harm to the public, the supreme court may order, with notice as the court may prescribe, the attorney's immediate temporary suspension or may impose other conditions upon the attorney's practice.

In addition, SCR 102(4)(c) provides that we may place restrictions on an attorney's handling of funds.

---

[1]We note that SCR 102(4) was amended in 2015 to allow bar counsel, instead of a disciplinary board, to petition for temporary suspension. ADKT 506 (Order Amending Supreme Court Rules, September 3, 2015). Bar counsel signed and submitted the petition as well.

16-12708

We conclude that the documentation before us demonstrates that Greco poses a substantial threat of serious harm to the public, and that her temporary suspension is warranted under SCR 102(4)(b). We further conclude that Greco's handling of funds should be restricted.

Accordingly, attorney Vicki Greco is temporarily suspended from the practice of law, pending the resolution of formal disciplinary proceedings against her. Greco is thus precluded from accepting new cases and from continuing to represent existing clients pursuant to SCR 102(4)(d).[2] In addition, pursuant to SCR 102(4)(b), (c), and (d), we impose the following conditions on Greco's handling of funds:

1. All proceeds from Greco's practice of law and all fees and other funds received from or on behalf of her clients shall, from the date of service of this order, be deposited into a trust account from which no withdrawals may be made by Greco except upon written approval of bar counsel; and

2. Greco is prohibited from withdrawing any funds from any and all accounts in any way relating to her law practice, including but not limited to her general and trust accounts, except upon written approval of bar counsel.

The State Bar shall immediately serve Greco with a copy of this order. Such service may be accomplished by personal service, certified mail, delivery to a person of suitable age at Greco's place of employment or residence, or by publication. When served on either Greco or a depository in which she maintains an account, this order shall

---

[2]The petition filed by the Southern Nevada Disciplinary Board asks that we preclude Greco from continuing to represent existing clients immediately upon service of an order of temporary suspension. We reject this request.

constitute an injunction against withdrawal of the proceeds except in accordance with the terms of this order. *See* SCR 102(4)(c). Greco shall comply with the provisions of SCR 115.[3] Bar counsel shall comply with SCR 121.1.

It is so ORDERED.[4]

_____, C.J.
Parraguirre

_____, J.          _____, J.
Hardesty                              Douglas

_____, J.          _____, J.
Cherry                                Saitta

_____, J.          _____, J.
Gibbons                               Pickering

cc:    C. Stanley Hunterton, Bar Counsel, State Bar of Nevada
       John G. George
       Chair, Southern Nevada Disciplinary Board
       Kimberly K. Farmer, Executive Director, State Bar of Nevada
       Perry Thompson, Admissions Office, United States Supreme Court

---

[3]This is our final disposition of this matter. Any new proceedings involving Greco shall be docketed under a new docket number.

[4]This matter was originally docketed as confidential because a formal disciplinary complaint had not yet been filed. Since we are granting the petition, this matter is now open to the public. SCR 121(5).